UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL |
| VERSUS | NO. 05-52 |
| RAYMOND C. REGGIE | SECTION "J" |

### ORDER

The Court held a telephone status conference on this date with the following counsel participating: Richard Simmons and Richard Tomeny, representing Defendant, Peter Mansfield representing the Government.

During the conference, the parties discussed the defendant's pending *Motion for Satisfaction of Restitution Order and For Release of Writ of Garnishment or Attachment.* (Rec. Doc. 73).

At the conference, the Court **ORDERED** the parties to have further discussions about proposing to the Court an order to assist in obtaining information the Government feels is necessary for the defendant to sustain his burden of proof in this matter.

* * * * * * * * * * * * * * *

JS-10: 30 mins.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE