UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * CRIMINAL ACTION NO. 05-052 |
| v. | * SECTION "J" |
| **RAYMOND C. REGGIE** | * MAGISTRATE 2 |

### JOINT MOTION FOR PROTECTIVE ORDERS

The parties and Capital One, National Association ("CONA"), as the third-party recipient of that certain Notice of Records Deposition dated February 14, 2020 in the above-captioned proceedings ("Notice"), agree to jointly move for the Court to enter the Agreed Protective Order attached hereto as **Exhibit A**. This joint motion is unopposed by the United States Attorney's Office for the Eastern District of Louisiana.

Respectfully submitted,

By: */s/ Daniel T. Plunkett*
   **DANIEL T. PLUNKETT**
   Louisiana Bar No. 21822
   dplunkett@mcglinchey.com
   **McGLINCHEY STAFFORD, PLLC**
   601 Poydras Street
   Suite 1200
   New Orleans, Louisiana 70130
   Telephone No.: (504) 586-1200
   Facsimile No.: (504) 596-2800
   *Attorney for Capital One, National Association*

617640.1; 102894.0432                              1

By: */s/ Richard T. Simmons, JR.*
   **RICHARD T. SIMMONS, JR.**
   (Bar. #12089), T.A.
   rts@hmhlp.com
   One Galleria Blvd., Suite 1400
   P.O. Box 8288
   Metairie, Louisiana 70011
   Telephone No.: (504) 836-6500
   Facsimile No.: (504) 836-6565
   *Co-Counsel for Defendant, Raymond C. Reggie*

By: */s/ Richard J. Tomeny Jr.*
   **RICHARD J. TOMENY, JR.**
   (Bar.#12852)
   rtomeny@tomenylaw.com
   8550 United Plaza Blvd., Ste. 702
   Baton Rouge, LA 70809
   Telephone (Metairie) No.: (504) 535-7350
   Telephone (Baton Rouge) No.: (225) 334-8080
   *Co-Counsel for Defendant, Raymond C. Reggie*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 20th day of February, 2020, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

Mr. Peter Mansfield
650 Poydras Street, Suite 1600
New Orleans, LA 70130
*Assistant United States Attorney*
*for the United States Attorney's Office*
*for the Eastern District of Louisiana*

Mr. Richard T. Simmons Jr.
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie, Louisiana 70011
Telephone No.: (504) 836-6500
Facsimile No.: (504) 836-6565
*Co-Counsel for Defendant, Raymond C. Reggie*

Mr. Richard J. Tomeny, Jr.
8550 United Plaza Blvd., Ste. 702
Baton Rouge, LA 70809
Telephone (Metairie) No.: (504) 535-7350
Telephone (Baton Rouge) No.: (225) 334-8080
*Co-Counsel for Defendant, Raymond C. Reggie*

*/s/ Daniel T. Plunkett*
**DANIEL T. PLUNKETT**